**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRIAN J. WOODBURN**

v. **C.A. No. 06- 387 S**

**A.T. WALL,** Director of the Rhode Island Department of Corrections, and
**JOSEPH A. DINITTO**, Associate Director, Rhode Island Department of Corrections.

**ORDER**

The plaintiff is hereby directed to secure service on the named defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Failure to secure proper service in a timely manner will result in a dismissal of this action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 14 Nov 06