United States District Court
District Of Rhode Island

Brian J. Woodburn,
Plaintiff,

V. C.A. No. 06-387 S

A.T. Wall, et al.,
Defendants,

Statement

The defendants violated plaintiffs 1st, 5th, 8th, 14th amendment rights. To prove that the defendants were cruel and unusual, plaintiff will have to prove an objective component and a subjective component. The condition that the plaintiff is challenging is very serious. The plaintiff has already been assaulted several times and has had his life threatened. Plaintiff has informed the defendants of the threat to his safety and also informed Deputy Warden Donna Collins, on 10-16-06, and Attorney Mike Grant, on 10-29-06, that inmates are still threatening him. Plaintiff informed Deputy Warden Donna Collins, on 12-15-06, that inmates

were still threatening him and even Identified one inmate. Plaintiffs condition is serious and the defendants are fully aware of the plaintiffs condition and choose not to do anything about it, violating his 8th amendment right. See Farmer V. Brennan 114 S.Ct. 1970, 1977, (1994) Wilson V. Seiter 501 U.S. 294, 298-300, 111 S.Ct. 2321, 2324 (1991

When the defendants transferred inmate kenneth Pladsen back to Connecticut because he threatened to sue the prison and proved that he was credible, and did not transfer the plaintiff back to New Hampshire, even though there is a serious threat to his safety, violated plaintiffs rights protected by the 14th amendment and the equal protection clause. see McCalvin V. Fairmain 603 F.Supp. 342, 346-48 (C.D.Ill.1985)

The plaintiff also has legal issues in N.H. that he is unable to address from R.I. and has informed the defendants of this but the defendants refused to act on this violating plaintiffs 1st, 5th, and 14th amendment rights. see Adams V. James 784 F.2d, 1077, 1081-82 (11 Cir. 1986)

Plaintiff will be able to prove that the defendants had knowledge of his conditions and refused to assist him.

Prison records and reports by correctional staff and confidential informants will show that the defendants were aware of plaintiffs condition. kenneth Pladsen will also provide information about why he was returned to Connecticut and will cooperate with any requests made by plaintiff.

Brian Woodburn
Brian Woodburn - 129619
P.O. Box 8200
Cranston, R.I.
02920