United States District Court
District Of Rhode Island

Brian J. Woodburn,
Plaintiff,

V. C.A. No. 06-387 S

A.T. Wall, et al.
Defendants

Declaration In Support Of Plaintiffs motion For A Preliminary Injunction

Brian Woodburn declares under penalty of perjury:

1. I am the plaintiff in this case. I make this declaration in support of my motion for a preliminary injunction.

2. Inmates have been threatening to kill me and have other inmates kill me. I have informed both defendants and Deputy Warden Donna Collins and Special Investigations Investigator David Baptista of this.

3. Plaintiff contacted Deputy Warden Donna Collins on 12-15-06 and informed her that William Markowski threatened to kill him and that if he "ratted" on him or P.C.d (asked for protective custody) from him than he would have one of his boys on A block kill him. At this time William Markowski had been moved to another block but after plaintiff informed prison officials of the threat from Markowski, Markowski was moved back on the block.

4. Plaintiff informed Joseph DiNitto of the threat, see paragraph 3, and also that he was having problems because another inmate was transferred to R.I. from N.H. and was telling inmates that plaintiff was a protective custody (P.C.) rat from N.H. This inmate also told everyone that plaintiff assaulted a gang member in N.H. then ratted and P.C.d from the gang. There are alot of inmates in R.I. who belong to this gang or branches of this gang. Joseph DiNittos response was to forward my letter to associate director Jake Gadsden, who said he would have someone speak with me, which never happened.

5. Plaintiff informed A.T. Wall of paragraph 3

and 4 and was told not to contact him if inmates are trying to kill plaintiff and gave him a list of other people to contact.

6. The plaintiff has already contacted everyone that Defendant Wall said to contact. One person, investigator David Baptista, told plaintiff to not worry about it and that nothing would happen.

7. The plaintiff is in fear for his life and has been able to have recreation / fresh air since august because of this. Plaintiff also fears leaving his cell for any reason.

8. These defendants have been informed of plaintiffs situation and refuse to assist him because they dont want to lose their payments from N.H.

9. For the foregoing reasons, the court should grant the motion in all respects.

Pursuant to 28 U.S.C. 1746, I declare that the foregoing is true and correct.

2-5-07

Brian Woodburn - 129619
P.O. Box 8200
Cranston, R.I.
02920

# Certificate of Service

I hereby certify that a copy of the foregoing declaration in support of plaintiffs motion for preliminary injunction was mail to Michael B. Grant 40 Howard Ave. Cranston, R.I. 02920 on 2-5-07