United States District Court
District Of Rhode Island

Brian J. Woodburn,
Plaintiff,

V. C. A. No. 06-387 S

A.T. Wall, et al.,
Defendants,

Motion To Extend Discovery Deadline.

Plaintiff requests that the discovery deadline for February 9, 2007, be extended 60 days. The prison has intercepted all correspondence from Kenneth Pladsen (Conn. inmate) and hasn't notified plaintiff of this. Plaintiffs family has tried several times, unsuccessfully, to mail this legal correspondence to plaintiff. This information is crucial to plaintiffs case.

2-9-07

Brian Woodburn-129619
P.O. Box 8200
Cranston, R.I. 02920

Certification

Brian Woodburn certifies that on February 9, 2007, a copy of this motion was mailed to Michael Grant at 40 Howard Ave. Cranston, R.I. 02920

Judge Jacob Hagopian 2-9-07

Re: Woodburn V. A.T. Wall, et al. C.A. No. 06-387 S

Dear Judge Hagopian,

I am writing to you regarding the motion to extend discovery deadline. The prison has been censoring my mail and has Intercepted Incoming legal correspondence from kenneth Pladsen, an inmate who was transferred to R.I. from Conn. and then back to Conn. I now have to contact Mr. Pladsen and inform him that I haven't received any of his correspondence. I have to write to my family and have them mail the letter to him. In Conn., prison officials read every incoming and out going letters, this is what Mr. Pladsen has told me. It could take 2-3 weeks to get a letter to him and then he would have to get the information that I requested, which would take a few more weeks. I apologize for needing the discovery deadline extended but I didn't anticipate the prison intercepting legal correspondence and not notify me of this, which they have done several times.

Thank you for your time in this matter.

Brian Woodburn-129619
P.O. Box 8200
Cranston, R.I.
02920

cc Michael Grant