**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BRIAN J. WOODBURN

v. C.A. No. 06- 387 S

A.T. WALL, ET AL.

**ORDER**

Plaintiff's Motion for an Extension of Time for Discovery is hereby **GRANTED**:

1. All Factual discovery shall close on April 9, 2007;

2. Plaintiff and Defendants shall make their expert discovery disclosures, if any, on or before May 9, 2007;

3. Dispositive motions, if any, shall be filed on or before May 9, 2007; and

4. All other matters addressed in the Pretrial Order issued on January 9, 2007, remain in full force and effect.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 20, 2007