UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN WOODBURN

v. C. A. NO. 06-387 S

A. T. WALL, ET AL

AFFIDAVIT OF A. T. WALL, II

I, Ashbel T. Wall, II, duly sworn, do hereby depose and say:

1. I, Ashbel T. Wall, II serve as the Director of the Rhode Island Department of Corrections.

2. I was appointed Director of the Rhode Island Department of Corrections on March 9, 2000.

3. My office maintains a copy of all correspondence received by inmates incarcerated at the Rhode Island Department of Corrections, as well as copies of any response by me or any member of my staff.

4. On July 14, 2006 and December 24, 2006, Plaintiff notified me in writing of his subjective feelings that he was in danger of assault by other inmates while being incarcerated at the Rhode Island Department of Corrections as a result of his white supremacist beliefs. I responded to both letters and informed Plaintiff that a member of my staff had contacted the Deputy Warden of Plaintiff's housing facility and learned that he was separated from the remainder of the inmate population and was safe. I also referred Plaintiff to this Department's Special Investigations Unit, Office of Inspections and the State Police.[1]

---

[1] This Department's Special Investigations Unit is charged with the duty of investigating all claims and allegations of wrongdoing made by inmates against other members of this Department's inmate population. This Department's Office of Inspections is charged with the duty of investigating all claims and allegations of wrongdoing made against employees/staff of this Department.

7. The attached letters dated July 14, 2006 and December 24, 2006, addressed to Plaintiff were signed by me and are true copies of the originals.

8. Plaintiff, is classified as a Category C inmate and accordingly is housed separately from the remaining inmate population. Plaintiff is subject to single recreation status and is allowed visits and telephone calls.

Ashbel T. Wall II

Ashbel T. Wall, II

Subscribed to and sworn before me, in Cranston, this 28th day of February, 2007.

Marcia Ann Croce

Notary Public

My Commission expires 09-09-09.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

July 14, 2006

Mr. Brian Woodburn, ID# 129619
P.O. Box 8200
High Security Center
Cranston, RI 02920

Dear Mr. Woodburn:

I am responding to your Request Form (dated 07/14/06, but received in my office on 07/12/06) concerning your desire to return to the state of New Hampshire.

A member of my staff consulted Associate Director DiNitto and learned:

- You wrote to Mr. DiNitto on 04/21/06 stating that "things aren't going to work out in R.I." and asking him to send you back to New Hampshire or to another state.
- Mr. DiNitto answered your 04/21/06 Request Form on 4/25/06. In his letter to you, Mr. DiNitto told you that it is the responsibility of New Hampshire officials to determine whether or not you will return to their custody. He also assured you that a copy of your 04/21/06 correspondence was being forwarded to New Hampshire officials for their consideration.
- On 04/25/06, Mr. DiNitto also wrote to the Deputy Compact Administrator in New Hampshire and enclosed your correspondence.
- New Hampshire's Deputy Compact Administrator answered Mr. DiNitto on 05/17/06 indicating that New Hampshire officials want you to remain in Rhode Island for your own security.
- You again wrote to Mr. DiNitto on 06/19/06, indicating that you had heard from New Hampshire and stating that "now (you) have to take extreme measures if (you) feel threatened".
- Mr. DiNitto wrote back to you on 06/22/06, emphasizing that New Hampshire must decide whether you will be returned to that state. In addition, he again wrote to the New Hampshire Deputy Compact Administrator (also on 06/22/06). He has not yet received a response from New Hampshire.

In your Request Form addressed to me, dated 07/14/06, you again made reference to taking "very extreme measures to ensure (your) safety". Mr. Woodburn, you are now

in the custody of the Rhode Island Department of Corrections, housed at the High Security Center within the Adult Correctional Institutions. While here, we are responsible for your custody, care, and control, and you must abide by this Department's and your facility's policies, rules, and regulations.

If you feel threatened, I urge you to immediately notify one of the following individuals/units and to provide specific information that will allow us to adequately protect you.

- If you are in fear from other *inmates*, immediately notify a Correctional Officer, Superior Officer, Deputy Warden Collins, or Warden Weeden. In addition, this Department's Special Investigations Unit (SIU) investigates allegations of inmate misconduct. You may contact them in writing via interoffice mail (in care of 40 Howard Avenue, Administration Building A) or via a toll-free telephone call (401-462-2282).
- If you are in fear from a *staff* member(s), immediately notify a Superior Officer, Deputy Warden Collins, or Warden Weeden. If you prefer, you may notify this Department's Office of Inspections ("internal affairs" unit) in writing via interoffice mail (in care of 39 Howard Avenue, Administration Building B) or via a toll-free telephone call (401-462-2551).
- Lastly, the Rhode Island State Police have an on-grounds detective presence at the ACI. If criminal activity is suspected, they may be reached in writing via interoffice mail (in care of 40 Howard Avenue, Administration Building A) or via a toll-free telephone call (401-462-2650).

These procedures were established for the protection of staff, the public, and the inmate population and to ensure thorough and timely investigations of misconduct are conducted, eliminating the need for you and other members of the inmate population to take matters into your own hands by means of "very extreme measures". Be advised, you will held accountable for your own actions while you are incarcerated at the ACI.

Sincerely,

A.T. Wall

Ashbel T. Wall, II
Director

cc: J. DiNitto
J. Weeden
D. Collins
File

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

December 29, 2006

Mr. Brian Woodburn, ID# 129619
P.O. Box 8200
High Security Center
Cranston, RI 02920

Dear Mr. Woodburn:

After reviewing your 12/24/06 letter (received in my office on 12/29/06) regarding your fear for your safety, a member of my office staff spoke with Investigator Rose and learned that, per Deputy Warden Collins, you are safe and separated from the remainder of the inmate population.

You are familiar with the methods of lodging legitimate concerns for your safety. However, they are worth repeating. They may be reported directly to the *Office of Inspection* (in writing, in care of Administration Building B, 39 Howard Avenue; or via collect telephone call to 401-462-2551; to report *staff* misconduct), or the *Special Investigations Unit* (in writing, in care of Administration Building A, 40 Howard Avenue; or via collect telephone call to 401-462-2282; to report *inmate* misconduct), and/or the on-grounds Rhode Island *State Police* (in writing, in care of Administration Building A, 40 Howard Avenue; or via collect telephone call to 401-462-2650; to report *criminal activity*). Of course, you are also encouraged to utilize the established chain of command whenever possible, which includes: Correctional Officer, Superior Officer, Deputy Warden Collins (HSC), Warden Weeden (in care of Maximum Security Administration Building), and Assistant Director Gadsden (in care of Administration Building B, 39 Howard Avenue).

Sincerely,

A. T. Wall

Ashbel T. Wall, II
Director

cc: J. Gadsden J. Weeden D. Collins
R. Catlow L. Rose File