UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN WOODBURN

v. C. A. NO. 06-387 S

A. T. WALL, et al

AFFIDAVIT OF AARON ALDRICH

I, Aaron Aldrich, being duly sworn, hereby depose and say:

1. I, Aaron Aldrich, am employed by the Rhode Island Department of Corrections and serve as Chief, Office of Inspections.

2. As Chief of Inspections, I am responsible for overseeing staff consisting of three (3) Inspectors.

3. My office is responsible for investigating all allegations concerning staff misconduct.

4. On August 29, 2006, I wrote to Inmate Brian Woodburn in response to a letter he had sent to me relative to safety issues. In my response, I reassured the Plaintiff that Director Wall, in not returning the Plaintiff to the state of New Hampshire, was not trying to kill him; acknowledged to Plaintiff that Joseph DiNitto, Associate Director/Classification and Director Wall had informed Plaintiff, in writing, that the decision to return Plaintiff to the state of New Hampshire was not within their authority; that Director Wall, on July 14, 2006, provided Plaintiff with several options available in the event he felt threatened by other inmates or staff; that I had conferred with Chief of the Special Investigations Unit, who was familiar with the Plaintiff's white supremacy beliefs, intentions to recruit inmates, request to have the Ku Klux Klan enter the ACI facilities, and his assault on a fellow inmate, and informed Plaintiff

that I had no information/evidence to suggest that the Plaintiff was in immediate danger.

5. That the attached letter, dated August 29, 2006, to Plaintiff from myself is an accurate copy of the original.

Aaron Aldrich

Subscribed and sworn to, before me, in Cranston, this 28th day of February, 2007.

Notary Public
My commission expires 9-9-09 .

**RHODE ISLAND DEPARTMENT OF CORRECTIONS**
**OFFICE OF INSPECTION**

**TO:** Mr. Brian Woodburn, ID# 129619
P.O. Box 8200, High Security Center

**FROM:** Aaron Aldrich, Chief Inspector

**DATE:** August 29, 2006

**SUBJECT:** **RESPONSE TO YOUR RECENT LETTER TO ME REGARDING CORRECTIONS DIRECTOR A.T. WALL**

I reviewed your recent letter to me and can assure you that Corrections Director A.T. Wall is not trying to kill you by refusing to send you back to New Hampshire.

As both Associate Director of Classification DiNitto and Director Wall have informed you in writing, the decision to return you to New Hampshire does not rest with the Rhode Island Department of Corrections. In addition, Ms. Denise M. Heath, Deputy Compact Administrator, New Hampshire Department of Corrections, has written to you on at least one occasion (July 5, 2006) and informed you that there are no plans to return you to New Hampshire at this time. She informed you that you were transferred for protection issues *among other issues* and these issues are still of concern.

In his July 14, 2006 letter to you, the Director clearly stated several options available to you if/when you feel threatened by members of the inmate population or by staff.

After reviewing your letter, I consulted the Chief of the Special Investigations Unit (SIU). While the SIU is familiar with your White supremacy beliefs, stated intentions to "recruit" members of the inmate population, request to have the Ku Klux Klan enter the facility(ies), and assault on a fellow inmate, there is no information/evidence to suggest that you are in any immediate danger.

My advice to you, Mr. Woodburn, is that you accept your current situation and that while you are incarcerated, you remain discipline free by abiding by the Department's policies and facility's rules and regulations, showing staff and your fellow inmates the same degree of respect that you desire, and taking advantage of available rehabilitative, treatment, educational, and/or employment opportunities.

cc: A.T. Wall
J. Weeden
D. Collins
J. Dinitto