UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN WOODBURN

v. C. A. NO. 06-387 S

A. T. WALL, et al

AFFIDAVIT OF CAPTAIN ARNOLD ANDERSON

I, Captain Arnold Anderson, being duly sworn, do hereby depose and say:

1. I, Arnold Anderson, am employed as a Correctional Officer/Captain at the Rhode Island Department of Corrections and I am posted at the High Security Center.

2. As Captain, I serve as the Shift Commander responsible for overseeing all subordinate personnel and activities occurring within the High Security Center.

3. Plaintiff, Brian Woodburn, is currently housed at the High Security Center and has been since April, 2006.

4. Plaintiff is currently a C-Classification/protective custody inmate, meaning that he has no contact with the remaining inmate population housed at the High Security Center.

5. Plaintiff is afforded visits and able to make telephone calls.

6. Plaintiff is entitled to engage in outdoor recreation in isolation.

7. I am familiar with Mr. Woodburn's allegations that he is in danger of attack by other ACI inmates; however, given the information that I have access to, it is my opinion that there exists no danger of he being subject to attack.

Captain Arnold Anderson

Subscribed and sworn to, before me, in Cranston, this 28th day of February, 2007.

Notary Public
My Commission expires 09-09-09.