UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN WOODBURN

V. C. A. NO. 06-387 S

A. T. WALL, ET AL

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION
TO REPORT AND RECOMMENDATION

Now come the Defendants in the above-entitled matter and hereby respond to the Plaintiff's objection to the Report and Recommendation issued by Senior United States Magistrate Judge Jacob Hagopian on March 20, 2007 as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/s/ Michael B. Grant
______________________________
Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 26th day of March, 2007, I mailed a true copy of the within Defendants' Response To Plaintiff's Objection To Report And Recommendation and accompanying Memorandum to Brian Woodburn, P. O. Box 8200, Cranston, R. I. 02920.

/S/ Michael B. Grant
______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN WOODBURN

V. C. A. NO. 06-387 S

A. T. WALL, ET AL

MEMORANDUM

Plaintiff, in filing the instant objection indicates on page one that, in fact, he is objecting to a Report and Recommendation. However, the remainder of the Plaintiff's memorandum, in support of his objection, fails in any way to refer to or address the reasoning or basis of Magistrate Hagopian's Recommendation in denying Plaintiff's application for a preliminary injunction. Plaintiff, instead, outlines approximately three (3) pages of allegations asserting that his life is in jeopardy from other inmates.

Senior United States Magistrate Judge Jacob Hagopian correctly indicated that it was clear from "the filings in this matter that the Defendants are aware of the Plaintiff's white supremist beliefs, his apparent attempts to recruit inmates to join in his beliefs, and his own subjective feelings that he is at risk of harm from non-white inmates." **See** P.4 Report and Recommendation. Magistrate Hagopian then indicates that the Defendants have responded in placing Plaintiff on restrictive confinement, thereby limiting Plaintiff's access to other inmates, and thus correctly concludes "the Defendants have taken reasonable precautions to prevent the Plaintiff from harm." **See** P. 4-5, Report and Recommendation. Accordingly, Magistrate Hagopian recommended denial of preliminary injunction in that Plaintiff had not shown a likelihood of success on the merits of his claim, nor any immediate irreparable injury. **See** P. 5, Report and Recommendation.

In light of the fact that the Plaintiff has failed to make any reference or argument to support an error on the part of Magistrate Hagopian in entering his Recommendation, and simply re-outlines factual allegations that he feels support entry of preliminary injunction, the Report and Recommendation, by Senior United States Magistrate Judge Hagopian should be accepted by this Honorable Court.

Respectfully submitted,

/s/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island
Bar No. 3864

.