UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Brian J. Woodburn
    Plaintiff

V.                          CA06-387S

A.T. Wall, et al
    Defendant

### ORDER

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on March 20, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Plaintiff's Motion for a Preliminary Injunction is DENIED.

                              BY ORDER:

                              /s/ Deputy Clerk
                              DEPUTY CLERK

ENTER:

/s/ William E. Smith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 3/27/07