UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Brian J. Woodburn
Plaintiff

v. CA06-387S

A.T. Wall, et al
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on March 20, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Plaintiff's Motion for a Preliminary Injunction is DENIED.

BY ORDER:

Karen Baldwill
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 3/27/07