United States District Court
District Of Rhode Island

Brian Woodburn,
Plaintiff,

V, C.A. no. 06-387 S

A.T. Wall, et al.,
Defendants,

Motion For An Order Compelling Discovery

Plaintiff moves this court for an order pursuant to Rule 37(a) of the Fed. R. Civ. P. compelling Defendant Wall to produce for inspection and copying these ~~following~~ documents (see attatched) Plaintiff submitted a written request for these documents but the defendant refused to produce anything, objecting to every request, being completely unreasonable.

4-19-07

Brian Woodburn - 129619
P.O. Box 8200
Cranston, R.I. 02920

Certification

I hereby certify that a copy of this motion was mailed to Michael Grant, 40 Howard Ave. Cranston, R.I. 02920 on 4-19-07

United States District Court
District Of Rhode Island

Brian J. Woodburn,
Plaintiff,

V. C.A. no. 06-387-S

A.T. Wall, et al.,
Defendants,

Plaintiffs Request For Production Of Documents

Pursuant to Rule 34 of the Fed. R. of Civ. P., the plaintiff requests that the defendants produce the documents listed herein within 30 days, either by providing the plaintiff with copies or by making them available to plaintiff for inspection and copying.

1. Any D.O.C. policy regarding the acceptance of out of state transfers.

2. Plaintiffs interstate compact transfer packet.

3. Any confidential informant statements,

intelligence reports or any other reports or documents written by correctional staff regarding plaintiffs safety, the harassment that he was receiving from other inmates or any other problems that plaintift was having.

4. Any letters/requests that the plaintiff sent to the defendants, Deputy Warden Donna Collins and attorney for the defendants, Michael Grant. and all responses to plaintiffs letters and requests

5. Any letter or e-mail that N.H. prison officials sent to Marcia Hutchings from Denise Heath and the response from defendant Joseph DiNitto.

1-14-07

Brian Woodburn-129619
P.O. Box 8200
Cranston, R.I.
02920