UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN WOODBURN

V. C. A. NO. 06-387 S

A. T. WALL, ET AL

DEFENDANT WALL'S OBJECTION TO
PLAINTIFF'S MOTION FOR AN ORDER
COMPELLING DISCOVERY

Now comes Defendant Wall in the instant matter and hereby objects to the Plaintiff's motion for an order compelling discovery as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant
______________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 3rd day of May, 2007, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion for an Order Compelling Discovery and accompanying Memorandum to Brian Woodburn, P. O. Box 8200, Cranston, R. I. 02920.

/S/ Michael B. Grant
______________________

. UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN WOODBURN

V. C. A. NO. 06-387 S

A. T. WALL, ET AL

MEMORANDUM

Plaintiff indicates in his motion that he submitted a written request for certain documents. The only basis Plaintiff provides the Court in support of his motion is that the Defendants refused to produce anything, objecting to every request and was completely unreasonable. Plaintiff fails to provide any basis as to why he is entitled to the information he seeks under the rules and why the same would be relevant to his claim, and accordingly, Defendant Wall urges that this Honorable Court deny Plaintiff's motion.

Respectfully submitted,

/S/ Michael B. Grant

______________________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864