**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

BRAIN WOODBURN

v. C.A. No. 06 - 387 S

A.T. WALL, et al.

**ORDER**

This matter is before the Court on the motion of the pro se plaintiff to compel discovery. See Dckt # 18. Defendants have objected thereto.

Upon consideration of the motion, and of the objection thereto, said motion is **denied, without prejudice.** Plaintiff has failed to comply with LR Cv. 37(a)(requiring a motion to compel to state the request, the response made, and the reasons why the movant maintains the response is inadequate) and Fed.R.Civ.P. 37(a)(2)(requiring a certification from the movant indicating that he has, in good faith, conferred, or attempted to confer, with opposing counsel in an effort to seek the desired information).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior Untied States Magistrate Judge
May 7 , 2007