**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRIAN J. WOODBURN**

**V.** CA 06-387S

**ASHBEL T. WALL, II, AND**
**JOSEPH DINITTO**

**STIPULATION OF DISMISSAL**

Upon consideration of a settlement conference held before Senior U.S. Magistrate Judge Jacob Hagopian on June 12, 2007, and by agreement of the parties, it is hereby stipulated that the instant action may be dismissed in its entirety with prejudice, no interest, no costs.

Plaintiff

[signature]
**Brian J. Woodburn, Pro Se**
P.O. Box 8200
Cranston, RI 02920

Attorney for Defendants

[signature]
**Michael B. Grant, Esq. #3864**
40 Howard Avenue
Cranston, RI 02920
(401) 462-2910

Recommended Approval:

[signature]
Sr. U.S. Magistrate Judge Jacob Hagopian
19 June 07

Approved By:

[signature]
William E. Smith
U.S. District Judge
6/20/07